UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIAIRRA LUKE individually and as the
parent and natural guardian of N.R.S. and
L.K.J.,

                              Plaintiffs,

                -against-

NEW YORK CITY ADMINISTRATION
FOR CHILDREN SERVICES; LENNIN
LLUVERES in his individual and official
capacity; TAHISHA FONTAINE
LONGWORTH in her individual and official
capacity, and ZEENA ALLEY in her
individual and official capacity,

                              Defendants.

1:20-CV-7504 (LLS)

CIVIL JUDGMENT

Pursuant to the order issued November 13, 2020, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court

dismisses Plaintiff's claims brought on behalf of her minor children, N.R.S. and L.K.J., without

prejudice. The Court dismisses the remainder of Plaintiff's claims for failure to state a claim on

which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    November 13, 2020
          New York, New York

                                        _Louis L. Stanton_
                                        Louis L. Stanton
                                        U.S.D.J.